UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SYED RIZVI,

        Petitioner,

                                                Case No. 20-cv-1786-bhl

v.

RANDALL HEPP,

        Respondent.

## ORDER DIRECTING PETITIONER TO SHOW CAUSE FOR HIS FAILURE TO FILE A STATUS REPORT

On December 2, 2020, Petitioner Syed Rizvi filed a petition for habeas corpus pursuant to 28 U.S.C. §2254. (ECF No. 1.) Two days later, he filed a motion to stay proceedings while he exhausted his state court remedies. (ECF No. 3.) On July 20, 2021, the Court granted Rizvi's request. (ECF No. 6.) After a series of extensions, the Court ordered Rizvi to commence proceedings in state court by December 16, 2021. (ECF No. 14 at 3.) He complied. (ECF No. 15.) Since that time, the Court has requested regular reports updating the Court on the status of his exhaustion efforts. (*See* ECF Nos. 16–38.) Rizvi has failed to comply with the Court's orders requiring updates on his exhaustion efforts. On May 20, 2025, after Rizvi failed to provide a timely status report, the Court ordered Rizvi show cause in writing for his failure to file a status report as ordered. (ECF No 39.) On June 2, 2025, Rizvi's counsel responded, explaining counsel's untimeliness and reporting that Rizvi's state court appeal is still in the briefing stage, with Rizvi's reply brief due July 21, 2025. (ECF No. 40.) On June 3, 2025, the Court accepted Rizvi's untimely response and directed him to file another status report advising the Court on the status of Rizvi's exhaustion efforts within the earlier of 120 days, or 30 days from the date of any final resolution of his pending state-court proceedings. (ECF No. 41.)

Rizvi has again failed to file a timely status report. Although 120 days have elapsed since the Court's previous order, no update has been filed. Accordingly, the Court will again order Rizvi to show cause in writing for his failure to file a timely status report. Within 14 days, Rizvi

must file his overdue status report along with a written explanation for his failure to file the status report in a timely fashion. He should also indicate if he still wishes to proceed with this case. If he does not file a timely response to this Order, the Court will construe his silence as abandonment and dismiss the case for failure to prosecute. *See Ball v. City of Chicago*, 2 F.3d 752, 755–56 (7th Cir. 1993).

**IT IS HEREBY ORDERED** that, on or before **October 22, 2025**, Rizvi must file a status report along with a written explanation for his failure to file that status report in a timely fashion. He should also indicate if he wishes to proceed with this case. Failure to comply with this Order will result in dismissal for failure to prosecute.

Dated at Milwaukee, Wisconsin on October 8, 2025.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge